In re Bordelon, Filmore P.; Connelley, Roberta R.; Fore, Sharon K.; Juneau, Patricia S.; Nelson, Rebecca A.; St. Martin, Eugene C.; Turnley, Idolphus C. Jr.; Louisiana State Board of Practical Nurse *564 Examiners; Chancellor, Ruby R.; Dunn, Gwendolyn M.; Sonnier, William Jr.; Gla-viano, Claire D.; Laws, Ann C.; Passanti-no, Rosemary S.; Fulmer, Bobby G.;— Defendant(s); Applying for Writ of Certio-rari and/or Review, Parish of E. Baton Rouge, 19th Judicial District Court Div. J, No. 508,244; to the Court of Appeal, First Circuit, No. 2007 CA 1131.
Granted.